NUMBER 13-03-346-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN THE MATTER OF D.A.R., A CHILD
__________________________________________________________________

On appeal from the County Court at Law of Aransas County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, D.A.R., perfected an appeal from a judgment entered by the County
Court at Law of Aransas County, Texas, in cause number 02-0159-JV. On April 29,
2004, this cause was abated, and the trial court was directed to conduct a hearing in
accordance with Tex. R. App. P. 38.8(b)(2). The trial court’s findings and
recommendations were received on May 10, 2004. The trial court found that the
appellant does not wish to prosecute his appeal.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 20th day of May, 2004.